January 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DARYL AARON, Appellant

NO. 14-10-00765-CV                          V.

KIMBERLY AARON, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Kimberly Aaron, signed May 14, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Daryl Aaron, to pay all costs incurred in this appeal. We further order this decision certified below for observance.